IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>  v.<br><br>NETACTIVE CORPORATION and NETACTIVE 401(k) PLAN,<br><br>    Defendants.<br>_____/ | No. C 06-06429 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR ORDER WITHDRAWING SEPARATE PROOF OF SERVICE AND DEEMING SERVICE EFFECTIVE** |

This matter is set for a hearing on March 9, 2007 on Plaintiff's motion for an order withdrawing separate proof of service for defendant NetActive 401(k) Plan and deeming service on defendant NetActive 401(k) Plan effective. The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than February 9, 2007 and any reply brief shall be filed by no later than February 16, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 24, 2007

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE